**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-6807

DOUGLAS FAUCONIER,

Plaintiff - Appellant,

versus

LLOYD WATERS; JOSEPH P. SACCHET,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore.  Richard D. Bennett, District Judge.  (CA-05-39-RDB)

Submitted:  October 18, 2005      Decided:  October 20, 2005

Before WIDENER, MICHAEL, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Douglas Fauconier, Appellant Pro Se.  Glenn William Bell, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Douglas Fauconier appeals the district court's order granting the Defendants' motion to dismiss his complaint filed under 42 U.S.C. § 1983 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Fauconier v. Waters, No. CA-05-39-RDB (D. Md. filed May 4, 2005; entered May 5, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED